**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NANCY COLBERT, | : | No. 96 MAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 526 |
| | : | MD 2023 dated November 13, 2024. |
| v. | : | |
| | : | |
| | : | |
| STEPHEN M. DEFRANK, CHAIR, OF THE | : | |
| PENNSYLVANIA PUBLIC UTILITY | : | |
| COMMISSION, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                        **DECIDED: June 17, 2025**

      **AND NOW,** this 17th day of June, 2025, the order of the Commonwealth Court is

**AFFIRMED**.